15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 2 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      )
)
)
v.      )
)
JOSE A. RIVERA      )
)
)
)      No. 16 CR 199-1
)      Magistrate Judge Geraldine Soat Brown

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on

April 25, 2016 for and in consideration of bond being set by the Court for defendant JOSE A.

RIVERA (the "defendant") in the amount of $225,000 being fully secured by real property,

**JOSE RIVERA AND ALESIA RIVERA, husband and wife and GRANTOR(S)** hereby

understand, warrant and agree:

    1.    JOSE RIVERA AND ALESIA RIVERA warrant that they are the sole record

owners and titleholders of the real property located at 3906 North New England Avenue,

Chicago, Illinois, and described legally as follows:

> LOTS 31 AND 32 IN BLOCK 1 IN ANDREW J. DUNNINGS SUBDIVISION
> OF THE WEST 1/2 OF THE EAST 40 ACRES OF THE NORTH 1/2 OF THE
> NORTHWEST 1/4 OF SECTION 19, TOWNSHIP 40 NORTH, RANGE 13
> EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY,
> ILLINOIS.

> Permanent Index Number:    13-19-106-040-0000
>                         13-19-106-041-0000
> (the "subject property")

2.      JOSE RIVERA AND ALESIA RIVERA warrant that there is one outstanding mortgage against the subject property and that their equitable interest in the real property equals at least $225,000.

3.      JOSE RIVERA AND ALESIA RIVERA received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4.      JOSE RIVERA AND ALESIA RIVERA understand and agree that the defendant, JOSE A. RIVERA will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5.      JOSE RIVERA AND ALESIA RIVERA agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. JOSE RIVERA AND ALESIA RIVERA understand that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, JOSE RIVERA AND ALESIA RIVERA waive any right to receive notice of judicial proceedings from the United States or the Court.

6.      JOSE RIVERA AND ALESIA RIVERA understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7.      JOSE RIVERA AND ALESIA RIVERA agree that their equitable interest in the above-described real property up to the amount of the bond shall be forfeited to the United States

of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8.    JOSE RIVERA AND ALESIA RIVERA agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9.    JOSE RIVERA AND ALESIA RIVERA understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10.    JOSE RIVERA AND ALESIA RIVERA understand and agree that, should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, JOSE RIVERA AND ALESIA RIVERA will be liable to pay the difference between the bond amount of $225,000 and their equitable interest in the subject property, and JOSE RIVERA AND ALESIA RIVERA hereby agree to the entry of a default judgment against them for the amount of any such difference.

11.    JOSE RIVERA AND ALESIA RIVERA agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12.    JOSE RIVERA AND ALESIA RIVERA understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading

statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13.    JOSE RIVERA AND ALESIA RIVERA agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder's Office as notice of encumbrance in the amount of the bond.

14.    JOSE RIVERA AND ALESIA RIVERA hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15.    JOSE RIVERA AND ALESIA RIVERA  understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 4-25-2016

JOSE RIVERA
Surety/Grantor

Date: 4/25/2016

ALESIA RIVERA
Surety/Grantor

Date: 4/25/2016

WITNESS

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604